IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFFREY HOUK, MICHAEL GROENE,
DAVID GROENE, and MICHAEL SIMMONS,

       Plaintiffs,

VS.                        NO. 03-2487-Ma/P

THOMAS & BETTS CORPORATION,
a Tennessee corporation,

       Defendant.

### ORDER GRANTING PERMISSION TO FILE SURREPLY

Before the court is the April 8, 2005 motion filed by defendant requesting permission to file a surreply in further support of its opposition to plaintiffs' motion to reconsider. For good cause shown, the motion is granted and defendant's surreply to plaintiffs' motion to reconsider under rule 59(e) attached to its motion for leave to file surreply shall be deemed filed as of the date of entry of this order.

IT IS SO ORDERED this 18th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02487 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Maureen T. Holland
HOLLAND & ASSOCIATES, PLLC
1429 Madison Avenue
Memphis, TN 38104

Julia Elizabeth Crews
LAW OFFICE OF JULIA CREWS
1429 Madison Ave.
Memphis, TN 38104

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT